797 A.2d 897

**Susan SUSSMAN, Respondent,**

**v.**

**Stephen HARRIS, Petitioner.**

Supreme Court of Pennsylvania.

May 24, 2002.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of May, 2002, the Petition for Allowance of Appeal is granted and the case is remanded to the Court of Common Pleas of Delaware County to consider the effect of the inheritance received by Respondent on the parties' child support obligations based on this Court's deci-

sion in *Humphreys v. DeRoss,* 567 Pa. 614, 790 A.2d 281, 2002 WL 242469 (2002).